# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE JAMES LUCKETT, JR., | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 4:93-CV-1165 RWS |
| PAUL K. DELO, | ) ) ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's third motion for relief from judgment. The motion is duplicative of his previous motions, both of which were denied as frivolous. Petitioner has abused the judicial process of this Court and has wasted the Court's limited resources by filing repetitious and frivolous post-judgment motions. To prevent further wasting of the Court's resources, the Court will prohibit petitioner from filing any future documents or motions in this closed case, except for a notice of appeal or any appellate documents.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for relief from judgment [ECF No. 106] is **DENIED** with prejudice.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to proceed in forma pauperis [ECF No. 105] is **DENIED** as moot.

**IT IS FUTHER ORDERED** that petitioner is prohibited from filing any future documents or motions in this case.

**IT IS FURTHER ORDERED** that the Clerk is directed to return to petitioner any documents or motions bearing the above case caption, except for a notice of appeal or any appellate documents.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 14th day of February, 2017.

                                                /s/ Rodney W. Sippel
                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE